BILLIE KNITWEAR, INC., Respondent, *v.* NEW YORK LIFE INSURANCE COMPANY, Appellant.

Argued May 26, 1942; decided June 18, 1942.

*Mendes Hershman, Philip J. Lynch* and *Dudley Davis* for appellant.

*George Dines* and *S. Harry Eilenberg* for respondent.

Order affirmed, with costs, and question certified answered in the negative. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.